UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VAN FORTUNE | § | CIVIL ACTION NO.   _____ |
| VERSUS | § | SECTION:  "___" |
| GALLIANO MARINE SERVICE,  LLC | § | MAGISTRATE: (___) |

***Jury Trial Requested***

### SEAMAN'S SUIT

NOW INTO COURT, by and through undersigned counsel, comes Plaintiff, VAN FORTUNE, a person of the full age of majority, who respectfully avers the following in this Seaman's Suit, to wit:

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law and the provisions of 46 U.S.C. §30104*, et al.*, commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto.

2.

Defendant is GALLIANO MARINE SERVICE, LLC, a limited liability company engaged in the business of crewing and operating offshore vessels.

3.

On or about March 29, 2016, Plaintiff, VAN FORTUNE, was employed by the Defendant, GALLIANO MARINE SERVICE, LLC, as an able bodied seaman assigned to the M/V BUSHBUCK.

4.

On or about March 29, 2016, the M/V BUSHBUCK was a vessel owned, operated and/or controlled by the Defendant, GALLIANO MARINE SERVICE, LLC and was in navigable waters at a dock near Houma, Louisiana.

5.

While in the service of the M/V BUSHBUCK and his employer's interests, Plaintiff VAN FORTUNE sustained severe injuries to his person, including but not limited to his lower back.

6.

A cause of this incident was the fault and/or negligence attributable to the Defendant, GALLIANO MARINE SERVICE, LLC, in the following non-exclusive respects:

    a.    failing to provide the Plaintiff with a safe place to work;

    b.    failing to give proper and appropriate warnings to the Plaintiff;

    c.    failing to adequately plan the operation ongoing at the time of the incident;

    d.    failing to provide the necessary equipment and/or manpower to safely accomplish the task at hand;

    e.    other negligent acts and/or omissions to be shown at the trial of this action.

7.

A proximate cause of this accident herein was the unseaworthiness of the M/V BUSHBUCK and its appurtenances; in particular, a lack of manpower and equipment to perform the work in a safe manner.

-2-

8.

This incident occurred while Plaintiff, a seaman, was in the service of the vessel entitling him to receive maintenance and cure benefits.   To the extent that Defendant is arbitrary or capricious in denying Plaintiff's maintenance and cure, including but not limited to denial of any treatment recommended by Plaintiff's treating physicians for Plaintiff's lower back injury, Plaintiff seeks punitive damages and attorney's fees.

9.

As a result of the above and foregoing negligent acts and/or omissions, Plaintiff, VAN FORTUNE, suffered severe and disabling physical and mental injuries and seeks monetary damages for the following:

     a.     Past and future loss of wages and benefits;

     b.     Impairment of future earning capacity;

     c.     Physical pain and suffering;

     d.     Mental and emotional pain and suffering;

     e.     Past and future medical expenses;

     f.     Permanent disability;

     g.     Loss of enjoyment of life; and,

     h.     Additional damages to be shown at the trial of this action.

10.

Plaintiff was not at fault in causing this incident or the resulting damages.

11.

Under the Jones Act, Plaintiff is entitled to and hereby requests a trial by jury on all issues..

WHEREFORE, Plaintiff, VAN FORTUNE, prays for judgement herein and against Defendant, GALLIANO MARINE SERVICE, LLC and that Defendant be duly cited and served with a copy of this Seaman's Suit; that GALLIANO MARINE SERVICE, LLC be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of Plaintiff, VAN FORTUNE, and against Defendant herein, GALLIANO MARINE SERVICE, LLC in the total sum of TWO MILLION FIVE HUNDRED THOUSAND ($2,500,000.00) DOLLARS, plus interest from the date of incident until paid, for trial by jury, for all costs of these proceedings, and for all other general, equitable maritime relief to which Plaintiff may be entitled..

Respectfully submitted:

STRAUSS & KING, APLC


*/s/ Berney L. Strauss*
Berney L. Strauss #12527
Rhett E. King #23811
Clinton G. Mead #35244
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com

*Counsel for Plaintiff,*            -AND-
*Van Fortune*

LAW OFFICE OF JOHN W. REDMANN, LLC
John W. Redmann #19984
Richard L. Root #
1101 Westbank Expressway
Gretna, Louisiana 70053
504-433-5000 (telephone)
504-433-5556 (facsimile)